UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HARVEY DAVIS,

    Plaintiff,

vs.

                                              Case No.: 8:14-cv-198-T-24TGW

NCO FINANCIAL SYSTEMS, INC,

    Defendants.
_____/

## JUDGMENT

This matter comes before the Court on Plaintiff's Notice of Filing Executed Offer of Judgment (Dkt. 43). Judgment is entered in this case in favor of the Plaintiff in the amount of $2,100. The judgment shall also include an amount for reasonable costs and attorney's fees accrued through October 13, 2014 with respect to the claims against the Defendant in this case only, which amount is to be agreed upon by the parties. The judgment entered in this case is in total settlement of any and all claims asserted by the Plaintiff against the Defendant in this case.

The Clerk is directed to enter judgment in favor of the Plaintiff in the amount of $2,100 and to close the case.

**DONE AND ORDERED** at Tampa, Florida, this 12th day of November, 2014.

*/s/ Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record